**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON APPELLANT'S
MOTION FOR EN BANC RECONSIDERATION

Appellate case name:     San Jacinto River Authority v. Elizabeth Bolt, et al.

Appellate case number:   01-18-00823-CV

Trial court case number:  1113458

Trial court:             County Civil Court at Law No. 1, Harris County

The motion for reconsideration en banc is **DENIED.**

**PER CURIAM**

En banc court consists of Justices Keyes, Lloyd, Kelly, Goodman, Landau, Hightower, and Countiss.

Chief Justice Radack and Justice Higley not participating.

Date:  October 10, 2019